

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00652-CV

Ruben **RIOS,**
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0521
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

The Appellant's Second Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to May 4, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court